IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Cr. No. 2:14-CR-508-WKW-SRW |
| DAWIE JACOBUS GROENEWALD, ) | |
| JANNEMAN GEORGE GROENEWALD, and ) | |
| VALINOR TRADING CC, d/b/a ) | |
| OUT OF AFRICA ADVENTUROUS SAFARIS ) | |

## ORDER

In consideration of the United States' Motion to Relax Standing Order Misc. No. 3208 Regarding Protection of Law Enforcement While Serving Court Orders, it is hereby ORDERED that the motion is GRANTED, and the case of *U.S. v. Groenewald,* 2:14-CR-502-WKW-SRW is to be unsealed as set forth below.

This ORDER is to be made effective on October 23, 2014 and the Clerk is directed to maintain the case under seal until that date.

DONE and ORDERED this 21st day of October, 2014.

_____
Hon. W. Keith Watkins
Chief U.S. District Judge

1